UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMC SHIPPING CO. PTE. LTD, AND AYU NAVIGATION SDN BHD, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, ACTING BY AND THROUGH THE UNITED STATES COAST GUARD NATIONAL POLLUTION FUNDS CENTER, <br><br> Defendant. | Case No. 23-CV-563-JEB |

## <u>CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT</u>

Defendant respectfully requests that the Court grant it a thirty-day extension of time until June 8, 2023 to respond to the Complaint (ECF No. 1). Counsel for the parties have conferred pursuant to Local Civil Rule 7(m), and Plaintiffs consent to the relief sought in this motion.

Good cause supports this motion.

1.      Plaintiffs filed their Complaint on March 1, 2023. (ECF No. 1)

2.      Plaintiffs served their Complaint on March 6, 2023. (ECF Nos. 6-9)

3.      Pursuant to Federal Rule of Civil Procedure Rule 12(a)(2), Defendant's current deadline to answer or otherwise respond to the Complaint is May 8, 2022.

1

4. Defendant respectfully requests that the Court extend its deadline to answer or otherwise respond to the Complaint by thirty days until June 8, 2028. The additional time will allow for consultation within the government.

5. Plaintiffs consent to this motion.

A proposed order is attached.

Dated: April 7, 2023

　　　　　　　　　　　　　　　　　_s/ Caitlin McCusker_
CAITLIN MCCUSKER
　Environmental Defense Section
　Environment and Natural Resources Div.
　U.S. Department of Justice
　P.O. Box 7611
　Washington, D.C. 20044
　(202) 514-1950
　(202) 514-8865 (Fax)
　caitlin.mccusker@usdoj.gov

　_Counsel for Defendant_


**Certificate of Service**

I certify that on April 7, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

　　　　　　　　　　　　　　　_/s/ Caitlin McCusker_
　　　　　　　　　　　　　　Caitlin McCusker